ACCEPTED
03-15-00233-CR
6911298
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 2:14:20 PM
JEFFREY D. KYLE
CLERK

**RICHARD E. WETZEL**
ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 474-5594 - fax
wetzel_rick@.swbell.com
www.TexasCriminalAppellateLaw.com

RECEIVED
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 2:14:20 PM
JEFFREY D. KYLE
Clerk

September 14, 2015

Heather N. Kellar
Comal County District Clerk
150 N. Seguin Ave., Ste. 304
New Braunfels, TX
78130

Re: State of Texas v. Isreal Reyes, Sr., No. CR2012-428 and Isreal Reyes, Sr. v. State of Texas, No. 03-15-00233-CR in the Third Court of Appeals

Dear Clerk Kellar:

Pursuant to TEX. R. APP. P. 34.5(c)(1), this letter will serve as my official request for you to prepare and file a supplemental Clerk's Record in the above-styled and numbered cause. The Clerk's Record previously filed does not contain the complete court's charge to the jury from the guilt or innocence phase of trial. Pages 11 – 13 of the charge are missing from the clerk's record. Please file the supplement with the Third Court of Appeals.

Thank you for your attention to this matter.

Sincerely,

/s/Richard E. Wetzel
Richard E. Wetzel
Attorney at Law

cc: Court of Appeals
Josh Presley